**Gwendolyn Mishaun HENRY–FIELDS, Plaintiff–Appellant,**

v.

**Calvin R. BURGESS, in his individual capacity and as President and CEO; Dominion Correctional Services LLC, Board Members, Officers, Subsidiaries and Stockholders, public and private; Vickie Shoecraft, in her individual capacity and in the capacity as Corporate Officer or Board Member of the Dominion Correctional Services Limited Liability Corporation, also acting in the capacity as Warden of the Central Oklahoma Correctional Facility; Elizabeth Giddings Stewart, in her individual capacity and in the capacity of Deputy Warden; Cindy Giles, in her individual capacity and in the capacity as Education Director; Jo Smith, individually and as Unit Manager; Jackie Perryman, in her individual capacity and as Law Library Supervisor; Central Oklahoma Correctional Facility; Correctional Medical Services Corporation; Team Canteen Corporation; Karen Costa, Law Clerk under supervision of the aforesaid defendants; and Larry Fields, in his individual capacity and as Presi-**

dent and Chief Executive Officer of Dominion Correctional Services Limited Liability Corporation, Defendants–Appellees,

and

Cathy Keating and Donna Jean Williams, Defendants.

No. 02–6255.

United States Court of Appeals, Tenth Circuit.

March 6, 2003.

Gwendolyn Mishaun Henry–Fields, McLoud, OK, pro se.

David W. Lee, Ambre Camille Gooch, Comingdeer, Lee & Gooch, Oklahoma City, OK, for Defendants–Appellees.

Monty B. Bottom, Michael T. Maloan, Foliart, Huff, Ottaway & Caldwell, Oklahoma City, OK, for Defendant–Appellee, Correctional Medical Services Corporation.

Before TACHA, Chief Circuit Judge, McKAY and BALDOCK, Circuit Judges.

## ORDER AND JUDGMENT*

McKAY, Circuit Judge.

After examining the briefs and the appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

This is a *pro se* state prisoner 42 U.S.C. § 1983 civil rights appeal. Ms. Henry-Fields filed her complaint seeking redress for numerous alleged violations of her constitutional rights. Among other things, she alleged deliberate indifference to her medical needs and that the conditions of confinement at Central Oklahoma Correctional Facility pose a substantial risk to the inmate population. The magistrate judge issued a report and recommendation detailing each of Ms. Henry–Fields' claims.

After consideration of Ms. Henry–Fields' objections, the district court adopted the magistrate judge's report and recommendation. The district court denied Ms. Henry–Fields' request for class certification, granted Dominion Defendants'[1] Motion for Summary Judgment because Appellant failed to exhaust administrative remedies, and dismissed the claims against Defendants Correctional Medical Services, Inc., and Karen Costa pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. Ms. Henry–Fields appeals to this court.

After a thorough review of the briefs and the record, and for substantially the same reasons set forth in the district court's well-reasoned July 26, 2002, Order adopting the magistrate judge's report and recommendation, we hold that no relief is available to Ms. Henry–Fields pursuant to § 1983.

The decision of the trial court is AFFIRMED.

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

1. The Dominion Defendants are: Dominion Correctional Services, L.L.C., Central Oklahoma Correctional Facility, Larry Fields, Calvin Burgess, Vickie Shoecraft, Elizabeth Giddings-Stewart, Denema Merrill, Josh Johnston, Kelly George, Dana Holden, Ken Goble, Cindy Giles, Jo Smith, Jackie Perryman, and Robert Cartwright. *See* Rec., Vol. 3, Doc. 97, at 7 n.6–7.